ACCEPTED
04-16-00432-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/5/2016 9:36:28 AM
KEITH HOTTLE
CLERK

CAUSE NO. 2013-CI-00118

| | | |
|---|---|---|
| JESSE RIVERA AND KATHY RIVERA | § | |
| AS NEXT FRIENDS OF | § | IN THE DISTRICT COURT |
| JESSE RIVERA, JR. A MINOR | § | |
| CHILD | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | 408th JUDICIAL DISTRICT |
| | § | |
| AUDI AG and VOLKSWAGEN | § | |
| GROUP OF AMERICA, INC. | § | |
| Defendants | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/05/16 9:36:28 AM
KEITH E. HOTTLE
Clerk

## DEFENDANTS' NOTICE OF APPEAL

Defendants Audi AG and Volkswagen Group of America, Inc. ("Defendants") file this notice of appeal and show the Court the following:

1.     This appeal is from the 408th District Court of Bexar County, Texas, the Honorable Larry Noll presiding.

2.     Defendants desire to appeal from the trial court's Final Judgment, signed on April 4, 2016, in the above-styled and numbered case.

3.     This notice and appeal encompass the rulings, declarations, and awards adverse to Defendants in the Final Judgment, as well as all pre-trial and post-trial orders and rulings adverse to Defendants that were incorporated into, merged into, issued concurrently with, and/or were relied upon in making the Final Judgment, and also any post-judgment orders or rulings adverse to Defendants, including rulings by operation of law.

4.     This appeal is taken to the Court of Appeals for the Fourth District of Texas at San Antonio.

Respectfully submitted,

*/s/ Wallace B. Jefferson*
WALLACE B. JEFFERSON
State Bar No. 00000019
wjefferson@adjtlaw.com
SUSAN S. VANCE
State Bar No. 24036562
svance@adjtlaw.com
RACHEL A. EKERY
State Bar No. 00787424
rekery@adjtlaw.com
**ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP**
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Telecopier: (512) 482-9303

*/s/ Catherine M. Stone*
CATHERINE M. STONE
Texas Bar No. 19286000
*cstone@langleybanack.com*
**LANGLEY & BANACK, INC.**
745 East Mulberry Avenue, Suite 900
San Antonio, Texas  78212
Telephone: (210) 736-6600
Telecopier: (210) 735-6889

ATTORNEYS FOR DEFENDANTS
AUDI AG AND VOLKSWAGEN GROUP OF
AMERICA, INC.

## CERTIFICATE OF SERVICE

This certifies that this Notice of Appeal was served in accordance with the Texas Rules of Civil Procedure on the 5th day of July, 2016.

Russell S. Post
rpost@beckredden.com
David M. Gunn
dgunn@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010

Fidel Rodriguez, Jr.
fidel@fidrodlaw.com
Manuel C. Maltos
mmaltos@fidrodlaw.com
111 Soledad, Suite 1300
San Antonio, Texas 78205

Joseph M. Dunn
jdunn@wigrum.com
Jeffrey G. Wigington
jwigington@wigrum.com
123 North Carrizo Street
Corpus Christi, Texas 78401

**ATTORNEYS FOR PLAINTIFFS
JESSE RIVERA AND KATHY
RIVERA, INDIVIDUALLY AND AS
NEXT FRIENDS OF JESSE RIVERA,
JR., A MINOR**

Mr. Dan Pozza
danpozza@yahoo.com
239 E. Commerce Street
San Antonio, Texas  78205

**GUARDIAN AD LITEM FOR
JESSE RIVERA, JR., MINOR CHILD**

*/s/ Catherine M. Stone*
CATHERINE M. STONE